## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3119 |
| vs. | |
| WAYNE MORRIS, | ORDER |
| Defendant. | |

This matter is before the Court upon the defendant's oral motion for an order of restitution to facilitate the collection of restitution payments prior to sentencing. The Court will grant the motion.

IT IS ORDERED that the Clerk of the Court accept up to and including $257,731 in restitution until further order of the Court.

Dated this 26th day of March, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge